AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Donald A. ADAMS<br>326 W. Main Street, Apt. A<br>Mount Sterling, OH 43143<br><br>*Defendant(s)* | Case No. 2:22-mj-31 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __01/01/21 through 10/31/21__ in the county of __Madison__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252(a)(2) | Distribution and Receipt of visual depictions of minor engaged in sexually explicit conduct |
| 18 U.S.C. 2251(a) | Production of visual depictions of minors engaged in sexually explicit conduct |
| 18 U.S.C. 2251(d)(1)(A) | Advertising for visual depictions of minors engaged in sexually explicit conduct |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Brett Peachey
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 20, 2022

_____
Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, OH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In the Matter of the Criminal Complaint:**

**Donald A. ADAMS**
326 W. Main Street, Apt. A
Mount Sterling, OH 43143

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brett M. Peachey, a Task Force Officer with the Federal Bureau of Investigation ("FBI"), Columbus Resident Agency, being first duly sworn, hereby depose and state as follows:

I, TFO Brett Peachey (your affiant), make this affidavit in support of a criminal complaint to arrest for the Receipt and Distribution of Child Pornography in violation of 18 U.S.C. §§ 2252(a)(2), the Production of Child Pornography in violation of 18 U.S.C. §§ 2251(a) and the Advertising for Child Pornography in violation of 18 U.S.C. §§ 2251(d)(1)(A). Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Donald A. ADAMS committed the violations listed above.

Your affiant has been employed as a police officer for the Westerville Police Department since December of 1995. Since March of 2008, your affiant has been assigned to the Child Exploitation and Human Trafficking Task Force of the Federal Bureau of Investigation, Cincinnati Division, Columbus Resident Agency, conducting online child enticement and child pornography investigations. Your affiant is also a member of the Franklin County Internet Crimes Against Children Task Force in Columbus, Ohio investigating similar crimes. Your affiant has gained experience through a Bachelor of Arts Degree in Criminology and has received specialized training in the area of internet crimes involving child exploitation, child pornography investigations and computer forensics. Your affiant has been involved in hundreds of investigations involving internet crimes against children, resulting in dozens of felony arrests

1

and convictions. As a Task Force Officer with the FBI, your affiant is authorized to investigate violations of the laws of the United States under the authority of the United States.

On September 20, 2021, an investigator with the FBI in Minneapolis, MN, hereinafter referred to as OCE-10221, was engaged in an undercover operation attempting to identify subjects involved in the sexual exploitation of children. OCE-10221 received an invitation to a TamTam chat group titled "COOL PLACE" and, shortly after OCE-10221 joined the group, a subject with the user name "Dee Bugged" also joined the group. TamTam is described as a free messenger app where users can create private or public chatrooms as well as the ability to share and store files. Users can also make video calls using the apps with several users at one time. Several members proceeded to post links and files which depicted minor females engaged in sexual activity as well as masturbation. In response to one of these files, Dee Bugged responded "That 1 girl giving head in the last vids sent her was amazing. Just needed to go deeper. She didn't even gag."

On October 15, 2021, OCE-10221 joined a Mega.nz chat room titled "Cp And Mega Link Share." One user utilizing the display name "Linda hot" wrote "drop some pedo or girl live thanks." A subject utilizing the Mega ID deebugged1984@gmail.com and display name "Dee Bugged" responded "ikr no ones dropping nun sadly." Dee Bugged then posted a video file titled "3153565717876.mp4." The file is a video approximately eleven seconds long and depicts two prepubescent females, approximately five to seven years of age, engaged in oral sex with an adult male. Dee Bugged then posted a video file titled "MOV_202110212_200634.mp4" which was approximately twenty one seconds long and depicted an adult male's penis ejaculating into the mouth of a female approximately three to five years of age. Immediately prior to posting this video, Dee Bugged wrote "We should make another group. This group kinda dead or find other groups."

On October 19, 2021, results were received regarding an administrative subpoena served on Google, LLC for information associated with the account used to register Mega ID deebugged1984@gmail.com." The results were as followed:

| | |
|---|---|
| Name: | Dee Bugged |
| Created on: | 2018-02-09 |
| Last Logins: | 2021-10-13 05:15:56 UTC |

| | |
|---|---|
| Recovery SMS: | 380-222-4622 |
| Recent IPs: | 2603:6011:2f03:e300:9a:c64a:b9de:53fa  10-13-21 05:15:56 UTC |
| | 2600:1009:b0d3:885b:b6b9:c62e:9c2d:8fe4  10-12-21 21:33:34 UTC |
| Billing Information: | Donald Adams, Mount Sterling, OH 43143 |
| | Carol Adams, Mount Sterling, OH 43143 |

IP address 2600:1009:b0d3:885b:b6b9:c62e:9c2d is resolved to Verizon. A subpoena was served on Verizon requesting subscriber information for the above IP address on October 12, 2021 at 21:33:34 UTC and Verizon responded with the following information:

| | |
|---|---|
| Subscriber: | Donald Adams |
| Address: | PO Box 81 Mount Sterling, OH 43143 |
| Telephone: | 380-222-4622 |
| Device: | LG Velvet 5G AG |

IP address 2603:6011:2f03:e300:9a:c64a:b9de:53fa is resolved to Charter Communications. A subpoena was served on Charter Communications requesting subscriber information for the above IP address on October 13, 2021 at 05:15:57 UTC and Charter responded with the following information:

| | |
|---|---|
| Subscriber: | Carol Adams |
| Address: | 326 W. Main Street, Apt. A |
| | Mount Sterling, OH 43143 |
| Username: | deebugged1984@gmail.com |
| Phone: | 7408314010 |

During this investigation it was learned that a Cybertip Report (98001725) had been made by the mother of a thirteen-year-old female through the National Center for Missing and Exploited Children. According to the report, in August of 2021, messages were discovered on a cell phone belonging to the complainant's thirteen-year-old daughter, hereinafter referred to as Georgia Doe, and a subject known as Donald, through Snapchat and Facebook. Donald was later

3

identified as Donald ADAMS. These messages indicated that Georgia Doe and ADAMS were involved in a romantic online relationship and that Georgia Doe had sent nude photographs of herself to ADAMS. The report revealed that ADAMS had communicated with Georgia Doe using the Snapchat user ID of "dbugged8" as well as a Facebook account under the name of Carol Adams which is ADAMS' mother. During their conversation ADAMS had also provided his cell phone number of 380-222-4622 to Georgia Doe to communicate. After their online relationship and conversations were discovered by Georgia Doe's mother, it's believed that Georgia Doe warned ADAMS and he began deleting evidence of their conversations from his phone.

Contact was made with the Liberty County (GA) Sheriff's Office where Georgia Doe resides and a copy of the initial police report as well as Georgia Doe's LG cellular phone was forwarded to your affiant with a signed consent to search form from Georgia Doe's mother. A forensic examination of the LG phone revealed several text messages in July of 2021 between Georgia Doe and cell phone number 380-222-4622 which was listed as "My Love" in the phone's contacts. Sexually explicit Snapchat conversations were also recovered between Georgia Doe and several other men. In these conversations, Georgia Doe refers to "Donnie" multiple times in the conversations with these men. Georgia Doe sends several nude photographs during these conversations and makes reference to masturbating as if the men are watching. In addition, there are sexually explicit conversations where Georgia Doe appears to be communicating with a subject that she refers to as "daddy" and that they are both masturbating at that time. However, the messages from the subject that she is communicating with are no longer present on the Snapchat app. It's believed that this subject is ADAMS and that his messages are no longer visible because his Snapchat account and messages have been deleted. In an interview with investigators with the Jackson County (GA) Sheriff's Office, Georgia Doe confirmed that ADAMS was present in the Snapchat chat room when these conversations took place with the other male members. Multiple photos of ADAMS were also discovered on the phone including screen captures of live video Snapchat conversations which depicts both ADAMS and Georgia Doe. Two of these screen captures depict Georgia Doe standing nude in a bathtub and ADAMS' face is visible as the subject she is communicating with at the time.

In August of 2021, investigators with the Detroit division of the FBI were made aware of a subject by the name of Kevin Deary, who resided in their jurisdiction, who was actively posting links of child pornography in several LiveMe groups which were designed for subjects interested in the sexual exploitation of children. The Detroit Division eventually executed a search warrant as a result of this investigation and seized a Samsung cellular phone which belonged to Deary. A forensic examination of this phone yielded Snapchat conversations between Deary and ADAMS. During these conversations ADAMS sent files of child pornography to Deary and also discussed Georgia Doe and another minor female who lived in Michigan (hereinafter referred to as Michigan Doe).

On September 17, 2021, ADAMS refers to both Georgia Doe and Michigan Doe by their first names stating that he met them both on Omegle. During this group chat, ADAMS stated "Last youngin I licked had just turned 14 this year. And very tasty. Hadnt tasted. A Youngin ince the 7yo 5 years ago" and then added "I wish I still had the pics of the 7yo." During this chat room conversation ADAMS is posting multiple images and videos although the actual files themselves could not be recovered or observed. However, after posting several videos, one room member asked "Hey dee who is that? Mmm" to which ADAMS responds "Too bad she got busted by her parents. BC she's a wild 1" and then provides the first name of Georgia Doe in response to the question. Later in the conversation ADAMS names Georgia Doe and Michigan Doe again by their first names and acknowledges that Georgia Doe was thirteen years of age and Michigan Doe was fourteen years of age.

On September 22, 2021, ADAMS and Deary engaged in a Snapchat conversation in which ADAMS sent several Snapchat attachments to Deary and Deary responded indicating that they are images of a female which is believed to be Michigan Doe. The two then discuss ADAMS meeting Michigan Doe and, when Deary asks what they did, ADAMS replied "Fingered. Ate her pussy. Made out a lot."

Michigan Doe was identified and forensically interviewed on or about December 14, 2021. In the interview Michigan Doe advised she met ADAMS online in March of 2021 when she was thirteen years of age. Michigan Doe admitted to sending sexually explicit images and videos of

5

herself to ADAMS and showing him her body during live video sessions on Snapchat and Google Duo. During the live video sessions, ADAMS would tell Michigan Doe to "finger" herself and ADAMS would masturbate. ADAMS would also arrange group chats/video sessions with other members on Snapchat where he would tell Michigan Doe what to do sexually during the live session similar to what was believed he did with Georgia Doe.

Michigan Doe also advised that on May 31, 2021, ADAMS drove to Michigan to meet Michigan Doe. Adams picked her up at a car wash near her house and drove her to a nearby hotel where they spent five to six hours together. When ADAMS wanted to get sexual, Michigan Doe stated that she asked to go home and he drove her back to the car wash.

During the interview, Michigan Doe was shown three printouts of Snapchat sessions that she identified as being from communications with ADAMS. Michigan Doe also identified eight images that she either sent to ADAMS or were portions of live video sessions with ADAMS as well as positively identifying an image of ADAMS.

On January 7, 2022, a search warrant was executed at ADAMS' residence; 326 W. Main Street, Apt. A, Mount Sterling, OH. ADAMS was present at the time and was interviewed by your affiant. During the interview ADAMS acknowledged to utilizing the user name "deebugged" in various email and other social media accounts including Snapchat. ADAMS was also shown the screen captures recovered from Georgia Doe's phone and acknowledged that it was him in the screen captures communicating with Georgia Doe including the video chats when Doe was in the shower. ADAMS also recalled being in a Snapchat group with Georgia Doe and other men in which she would live stream sexual activity to he and others but denied that he ever directed her to do so. ADAMS also admitted to sending sexually explicit files of Georgia Doe to at least one other person and possibly others.

ADAMS also acknowledged to meeting Michigan Doe and taking her to his hotel room in May of 2021 after meeting her online and she had masturbated during Snapchat video conversations with him. ADAMS stated that Michigan Doe wanted to engage in sexual activity with ADAMS in the hotel room but he declined.

6

In addition to admitting to his online relationship with Georgia and Michigan Doe, ADAMS also acknowledged that he had been a member of the TamTam chat room "Cool Place" and had utilized the username "deebugged" where undercover officer observed him posting video files of child pornography in October of 2021 which led to the original investigation.

When asked how many files of child pornography would be recovered from his cell phone, ADAMS responded that he didn't know and that his phone was automatically set to "save shit." When asked if investigators were going to recover a large number of child pornography from his phone, he responded that "it's possible."

A forensic examination of an LG LM-G900VMY cellular phone belonging to ADAMS and seized from his residence yielded approximately fifteen hundred images and two thousand videos of child pornography.

In addition to these files recovered, multiple conversations between ADAMS and other subjects utilizing various chat applications were also recovered in which ADAMS discusses and distributes sexually explicit videos of Georgia and Michigan Doe, including the following:

On or about September 15, 2021, ADAMS was involved in a conversation with several subjects utilizing the Line mobile messenger app. This conversation was also referenced above in which ADAMS calls Georgia and Michigan Doe by their first names. During this conversation ADAMS distributes several videos believed to be of Georgia Doe masturbating with a hairbrush.

On or about September 21, 2021, ADAMS was involved in a conversation utilizing the TamTam chat application with an unknown user. During this conversation, ADAMS sent the subject a 1 minute 41 second video to the subject of a screen recording from Snapchat. In the video the Snapchat user "MY LIFE [heart emoji] LOVE" sent several videos to ADAMS and the videos were of Michigan Doe masturbating. Prior to the video sent to ADAMS, he writes "Yes daddy wants to se it, To see that wet pussy" indicating that he is requesting Michigan Doe to masturbate which he then records.

7

ADAMS then sent the unknown subject a 1 minute 21 second video of a screen recording from Snapchat in which the same Snapchat user described above sent several videos to ADAMS which depicted Michigan Doe masturbating. This screen recording depicted ADAMS opening the videos on Snapchat and watching them.

ADAMS then sent the unknown user a 26 minute and fifty second screen recording depicting a video conversation between ADAMS and Michigan Doe which depicted her masturbating that he is recording.

On or about September 28, 2021, ADAMS was engaged in a conversation utilizing the Line mobile messenger app with several subjects in a group chat. Line is described as a freeware app that allows users to exchange texts, images, videos, audio and conduct voice over IP conversations and video conferences. A user posts an image titled 1131.jpg, which depicts a nude young female, approximately 7-9 years of age, laying on her back with her legs in the air, fully exposing her vagina and anus. Another user utilizing the username Pegazus writes "I have seen some vids of her" to which ADAMS responds "She take a cock?" When Pegazus answers "Yes in the butt," ADAMS then asks "Where that vid at?" Pegazus then messages ADAMS privately and states "I can't send the vid in the chat." Pegazus then proceeds to send ADAMS a three minute video which depicted the same female described above with her legs spread exposing her vagina and anus. The video could not be reviewed by investigators but ADAMS later responds to Pegazus "She takes that black cock very happily…lil puffy pussy needs some attention."

Based upon the above information, your affiant submits that there is probable cause to believe that Donald A. ADAMS has committed the offense of Receipt and Distribution of Child Pornography in violation of 18 U.S.C. §§ 2252(a)(2), Production of Child Pornography in violation of 18 U.S.C. §§ 2251(a) and the Advertising for Child Pornography in violation of 18 U.S.C. §§ 2251(d)(1)(A). Therefore, your affiant respectfully requests this Court issue a criminal complaint and arrest warrant.

Brett M. Peachey
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me this \_\_20th\_\_ day of January 20, 2022.

Kimberly A. Jolson
United States Magistrate Judge

9